# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2012

144595 & (73)(74)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

VICTOR LEON WILSON,
        Defendant-Appellant.

SC: 144595
COA: 296307
Wayne CC: 09-002410-FC

_____/

On order of the Court, the motion to accept appellate *pro per* supplemental filing is GRANTED. The application for leave to appeal the December 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.

CAVANAGH and MARILYN KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2012

_____
Clerk

t1031